IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES SANFORD,  No. CIV-S-04-1826 MCE/GGH

      Plaintiff,

  v.  ORDER

SHAM SIDHER and ROMA SIDHER
dba QUIZNO'S; JOHN FORSTER
and LISA FORSTER, Trustees
of the FORSTER FAMILY TRUST,

      Defendants.
_____/

    Defendants Sham Sidher and Roma Sidher (hereinafter "Defendants Sidher") have objected to this court's Pretrial Scheduling Order which was filed on May 10, 2005 on two grounds.

    First, Defendants Sidher request that this court to allow them to file any appropriate cross/third party complaint until November 18, 2005.  This request is based upon the fact Defendants John Forster and Lisa Forster were not served with the complaint in this matter until after Defendants Sidher answered the complaint. The court will grant Defendants Sidher's request

1

1  to file a third party complaint and conduct discovery as to
2  Defendants John Forster and Lisa Forster until August 31, 2005.
3  Requests to file a third party complaint against any other
4  parties will be accomplished according to the terms of the
5  Pretrial Scheduling Order.
6      Second, Defendants Sidher have also requested that this
7  court modify the Pretrial Scheduling Order to the extent that
8  this court will deny or defer exercise of jurisdiction over any
9  pendent state law claims.  Jurisdiction in this case is
10 predicated upon 28 U.S.C. sections 1331, 1343 and 1367.  There is
11 no dispute in this regard.
12     With respect to any pendent state law claims, it is well
13 settled that the district court may exercise supplemental
14 jurisdiction over those state law claims if they form a part of
15 the same case or controversy.  Supplemental jurisdiction over
16 state law claims is squarely within the district court's
17 discretion.  <u>City of Chicago v. International College of
18 Surgeons</u>, 522 U.S. 156, 172 (1997).
19     In this early stage of this case, the court has not
20 determined what state claims, if any, over which it will exercise
21 supplemental jurisdiction.
22     The fact that plaintiff is allegedly an "activist litigant"
23 who has filed similar suits for money in similar instances under
24 California law (objections to Pretrial Scheduling Order 2, 26-27)
25 is not controlling at this date of these proceedings.
26 ///

1    The request of Defendants Sidher to modify the Pretrial
2 Scheduling Order to deny or defer jurisdiction over pendent state
3 law claims is DENIED.
4    In all other respects, the Pretrial Scheduling Order filed
5 in this case on May 10, 2005 is confirmed. No further objections
6 to the Pretrial Scheduling Order will be permitted.
7 DATE: June 9, 2005

                                _____
                                MORRISON C. ENGLAND, JR
                                UNITED STATES DISTRICT JUDGE