1 LYNN HUBBARD, III, SBN 69773
2 SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
3 12 WILLIAMSBURG LANE
CHICO, CA 95926
4 Telephone:   (530) 895-3252
5 Facsimile:   (530) 894-8244

6 Attorney for Plaintiff

7

8 THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 JAMES SANFORD,                         )
                                          )   No. CIV.S. 04-1826 MCE GGH
13        Plaintiff,                      )
                                          )   **STIPULATION TO AMEND**
14    vs.                                 )   **COMPLAINT AND ORDER**
                                          )   **THEREON**
15                                        )
   JOHN A FORSTER AND LISA                )
16 FORSTER, TRUSTEES OF THE               )
   FORSTER FAMILY TRUST; SHAM             )
17 SIDHER AND ROMA SIDHER DBA             )
   QUIZNO'S,                              )
18                                        )
          Defendants.                     )
19                                        )
                                          )
20

21     The parties, subject to approval of the Court, stipulate as follows:

22

23     1.   Plaintiff has recently determined that JOHN FORSTER AND LISA

24 FORSTER, Trustees of the FORSTER FAMILY TRUST are not the current

25
   owner of the property that is subject of this lawsuit.
26

27     2.   Defendant's counsel has provided additional information regarding the

28 Forster Family Trust named in Plaintiff's First Amended Complaint indicating that

the Forster Family Trust has been dissolved.

3. The correct owner's names, are as follows: **JOHN FORSTER (as an individual); RICHARD M. FORSTER Trustee of the RICHARD M. FORSTER FAMILY TRUST; and DANIEL S. FORSTER and DONNA J. FORSTER Trustees of the FORSTER FAMILY TRUST**.

4. Defendants JOHN FORSTER and SHAM SIDHER AND ROMA SIDHER dba QUIZNO'S shall not be required to file an answer to the amended complaint, and their answer on file in this matter shall be deemed responsive to the amended complaint.

Dated: July 21, 2005                     LAW OFFICES OF LYNN HUBBARD

                                        /s/ Lynn Hubbard, Esquire          /
                                       LYNN HUBBARD, III
                                       Attorney for Plaintiff

Dated: July 20, 2005                     MCDONOUGH HOLLAND & ALLEN

                                        Signature on File                   /
                                       JULIE RANEY
                                       Attorney for Defendant JOHN FORSTER

Dated: July 15, 2005                     COOK BROWN LLP

                                        Signature on File                   /
                                       PAMELA LEWIS
                                       Attorney for Defendant SHAM SIDHER
                                       AND ROMA SIDHER DBA QUIZNO'S

Good cause having been shown IT IS HEREBY ORDERED as follows:

1. Plaintiff shall Amend Complaint to add the current property owners: JOHN FORSTER (as an individual); RICHARD M. FORSTER, Trustee of the RICHARD M. FORSTER FAMILY TRUST; and DANIEL S. FORSTER and DONNA J. FORSTER, Trustees of the FORSTER FAMILY TRUST.

2. Defendants JOHN FORSTER and SHAM SIDHER AND ROMA SIDHER DBA QUIZNO'S are not required file an answer to the amended complaint and their answer on file in this matter shall be deemed responsive to the amended complaint.

Date: July 27, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE