1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:   (530) 894-8244

5  Attorneys for Plaintiff

6  PAMELA LEWIS, SBN 116430
   COOK BROWN LLP
7  555 Capitol Mall, Suite 425
   Sacramento, CA 95814
8  Telephone: (916) 442-3100
   Facsimile: (916) 442-4227
9
   Attorneys for Defendant
10 SHAM SIDHER and ROMA SIDHER dba QUIZNO'S

11 JULIE RANEY, SBN 176060
   MCDONOUGH HOLLAND & ALLEN
12 555 CAPITOL MALL, 9th Floor
   Sacramento, CA 95814
13 Telephone: (916) 444-3900
   Facsimile: (916) 444-3249
14
   Attorneys for Defendant
15 JOHN A FORSTER and LISA FORSTER,
   Trustees of the FORSTER FAMILY TRUST
16

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD, | Case No. CIV.S. 04-1826 MCE GGH |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL** |
| JOHN A. FORSTER AND LISA FORSTER, TRUSTEES OF THE FORSTER FAMILY TRUST, SHAM SIDHER AND ROMA SIDHER DBA QUIZNO'S; and DOES 1 through 10, | |
| Defendants. | |
| _____/ | |

# **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-04-1826 MCE GGH, is hereby dismissed with prejudice as to all parties pursuant to the request for dismissal filed on September 21, 2005.

Dated: September 28, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE